# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| ALISON VALENTE, | |
| Plaintiff, | Civil Action File No.: |
| | 1:17-cv-00737-ELR |
| v. | |
| INTERNATIONAL FOLLIES, INC., et al. | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Allison Valente, and or her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants. None of the Defendants have filed an Answer nor moved for summary judgment so that voluntary dismissal without prejudice is appropriate under the voluntary dismissal procedures of F.R.C.P. 41(a)(1)(A)(i).

Respectfully submitted this 15th day of June 2017.

                                **PANKEY & HORLOCK, LLC**

                        By:  /s/ Larry A. Pankey
                              Larry A. Pankey
                              Georgia Bar No. 560725
                              **Attorneys for Plaintiff**

1441 Dunwoody Village Parkway
Suite 200
Atlanta, Georgia 30338-4122
Telephone:   770-670-6250
Facsimile:   770-670-6249
Email:   LPankey@PankeyHorlock.com

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ALISON VALENTE, | : | |
| | : | |
| Plaintiff, | : | Civil Action File No.: |
| | : | 1:17-cv-00737-ELR |
| v. | : | |
| | : | |
| INTERNATIONAL FOLLIES, INC., et al. | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)** by electronically filing same with the Clerk of the Court using the CM/ECF system, which will send notification, via email, of such filing to all counsel of record, as follows:

Andrea Lynn Pawlak
Kevin L. Ward
**Schulten Ward Turner & Weiss LLP**
A.Pawlak@SWTWLaw.com
K.Ward@SWTWLaw.com

Steven H. Sadow
**Law Office of Steven H. Sadow, P.C.**
SteveSadow@GMail.com
**Attorneys for Defendants International Follies and
John Jack Braglia**

Andrea Lynn Pawlak
Kevin L. Ward
**Schulten Ward Turner & Weiss LLP**
A.Pawlak@SWTWLaw.com
K.Ward@SWTWLaw.com
**Attorneys for Defendants Samantha Kim, Holly Wood, Heather Overturf, Trac-Eric, Inc., Robert Bob Johnson, Lee Tatum, Mark Holcomb, Tommy Ponish and Phillip Johnson**

Dated this 15th day of June 2017.

                            **PANKEY & HORLOCK, LLC**

                          By:  /s/ Larry A. Pankey
                                Larry A. Pankey
                                Georgia Bar No. 560725
                                **Attorneys for Plaintiff**

1441 Dunwoody Village Parkway
Suite 200
Atlanta, Georgia 30338-4122
Telephone:   770-670-6250
Facsimile:    770-670-6249
Email:   LPankey@PankeyHorlock.com