# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| ALISON VALENTE, | |
| Plaintiff, | Civil Action File No.: |
| v. | 1:17-cv-00737-ELR |
| INTERNATIONAL FOLLIES, INC., et al. | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Alison Valente, and Defendant, International Follies, Inc. d/b/a The Cheetah, et al. (the "Parties"), hereby file their Stipulation of Dismissal With Prejudice in the above-entitled action. The Parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and fees.

*(Signatures on Next Page)*

Respectfully submitted this 27th day of June 2019.

| | |
|---|---|
| */s/ Larry A. Pankey* | */s/ Kevin L. Ward* . |
| Larry A. Pankey | Kevin L. Ward |
| Georgia Bar No. 560752 | Georgia Bar No. 737020 |
| Erin J. Krinsky | Andrea Lynn Pawlak |
| Georgia Bar No. 862274 | Georgia Bar No. 142541 |
| **Pankey & Horlock, LLC** | Dean R. Fuchs |
| 1441 Dunwoody Village Parkway | Georgia Bar No. 279170 |
| Suite 200 | Ida Sassani |
| Atlanta, Georgia 30338 | Georgia Bar No. 755953 |
| Telephone:  770-670-6250 | **Schulten Ward Turner & Weiss, LLP** |
| Facsimile:   770-670-6249 | 260 Peachtree Street |
| LPankey@PankeyHorlock.com | Suite 2700 |
| EKrinsky@PankeyHorlock.com | Atlanta, Georgia  30303 |
| | Telephone:   404-688-6800 |
| *Attorneys for Plaintiff* | Facsimile:    404-688-6840 |
| | K.Ward@SWTWLaw.com |
| | A.Pawlak@SWTWLaw.com |
| | D.Fuchs@SWTWLaw.com |
| | I.Sassani@SWTWLaw.com |
| | |
| | *Attorneys for Defendant* |

## CERTIFICATION OF FONT SIZE

Pursuant to Local rule 5.1C of the Local Rules of the United States District Court for the Northern District of Georgia, I, Larry A. Pankey, Esq., of Pankey & Horlock, LLC, attorney for Plaintiff, Alison Valente, hereby certify that the foregoing **Stipulation of Dismissal With Prejudice** is typewritten in MS Word using Times New Roman font, fourteen (14) point type.

Dated this 27th day of June 2019.

**PANKEY & HORLOCK, LLC**

By: */s/ Larry A. Pankey*
Larry A. Pankey
Georgia Bar No. 560725
***Attorneys for Plaintiff***

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **ALISON VALENTE,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **INTERNATIONAL FOLLIES,** : <br> **INC., et al.** : <br> : <br> **Defendants.** : <br> _____ : | **Civil Action File No.:** <br> **1:17-cv-00737-ELR** |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing **Stipulation of Dismissal With Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Kevin L. Ward
Andrea Lynn Pawlak
Dean R. Fuchs
Ida Sassani
**Schulten Ward Turner & Weiss, LLP**
K.Ward@SWTWLaw.com
A.Pawlak@SWTWLaw.com
D.Fuchs@SWTWLaw.com
I.Sassani@SWTWLaw.com

Amanda R. Clark Palmer
Donald Franklin Samuel
Edward T. M. Garland
**Garland, Samuel & Loeb, P.C.**
AClark@GSLLaw.com
DFS@GSLLaw.com
ETG@GSLLaw.com

Steven H. Sadow
**Law Office of Steven H. Sadow, P.C.**
SteveSadow@GMail.com

*Attorneys for Defendant*

Dated this 27th day of June 2019.

                **PANKEY & HORLOCK, LLC**

                By:   /s/ *Larry A. Pankey*
                      Larry A. Pankey
                      Georgia Bar No. 560725
                      Erin J. Krinsky
                      Georgia Bar No. 862274
                      *Attorneys for Plaintiff*

1441 Dunwoody Village Parkway
Suite 200
Atlanta, Georgia 30338-4122
Telephone:  770-670-6250
Facsimile:   770-670-6249
LPankey@PankeyHorlock.com
EKrinsky@PankeyHorlock.com